[No. 1623-3.    Division Three.    February 9, 1977.]

RICK A. RAY, ET AL, *Respondents*, v. WALTER L. CYR, ET AL, *Appellants*, UNION PACIFIC RAILROAD COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 58255, Walter A. Stauffacher, J., entered June 6, 1975. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 1813-2.    Division Two.    February 14, 1977.]

EMILY L. HENSON, ET AL, *Appellants*, v. DARLA LE GAULT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 223931, Horace G. Geer, J., entered November 8, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Rummel, J. Pro Tem.

[No. 3479-1.    Division One.    February 14, 1977.]

FREDERICKA J. BRANNON, ET AL, *Appellants*, v. LEE MASON BORDEAU, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 776924, Frank J. Eberharter, J., entered November 21, 1974. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Callow, J.

[No. 2218-2.    Division Two.    February 16, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY GRANT TRAXLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 62727, John H. Kirkwood, J., entered January 2, 1976. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Johnson and Hamilton, JJ. Pro Tem.